United States District Court
Southern District of Texas

**ENTERED**

March 30, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent, | § | |
| | § | CRIM NO. 4:22-cr-0635 |
| v. | § | CIV. NO. 4:25-cv-0389 |
| | § | |
| MALIK JOHNSON, | § | |
| | § | |
| Defendant-Movant. | § | |

## ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending is Defendant-Movant Malik Johnson's Motion to Vacate his Sentence Under 28 U.S.C. § 2255 (Docket No. 10; Amended Motion to Vacate his Sentence Under 28 U.S.C. § 2255 (Docket No. 9); and Application to Proceed In Forma Pauperis (Docket No. 10). The Court has received from the Magistrate Judge a Memorandum and Recommendation, recommending that Johnson's motions be denied.

Johnson did not file objections to the Magistrate Judge's Memorandum and Recommendations (Docket No. 13). The Court, after having made a de novo determination of Johnson's Amended motion to vacate, correct, or modify his sentence under 28 U.S.C. § 2255, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court. It is therefore

ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge entered on February 25, 2026, which is adopted in its entirety as the opinion of the Court, that Johnson's § 2255 Amended Motion to Vacate, Set Aside or Correct Sentence (Document No. 9) is DENIED, his application to proceed in forma pauperis is denied as moot and this § 2255 proceeding is DISMISSED WITH PREJUDICE. It is further

ORDERED that a certificate of appealability is DENIED. A certificate of appealability from a habeas corpus proceeding will not issue unless the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This standard "includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." Slack v. McDaniel, 120 S. Ct. 1595, 1603-1604 (2000) (internal quotations and citations omitted). Stated differently, where the claims have been dismissed on the merits, the petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Id. at 1604; Beazley v. Johnson, 242 F.3d 248, 263 (5th Cir.), cert. denied, 122 S.Ct. 329 (2001). When the claims have been dismissed on procedural grounds, the petitioner must show that "jurists of reason would find it debatable whether the petition states a valid

2

claim of the denial of constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack, 120 S.Ct. at 1604. A district court may deny a certificate of appealability sua sponte, without requiring further briefing or argument. Alexander v. Johnson, 211 F.3d 895, 8998 (5th Cir. 2000).

For the reasons set forth in the Report and Recommendation, which has been adopted as the opinion of the Court, the Court finds that reasonable jurists would not find debatable the substantive or procedural determinations made herein. Thus, a certificate of appealability is DENIED.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 30TH day of March, 2026.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE